**Raymond CALUORI, Plaintiff–Appellant,**

v.

**ONE WORLD TECHNOLOGIES, INC., Defendant–Appellee.**

No. 2012–1623.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2014.

Rehearing and Rehearing En Banc Denied April 18, 2014.

Erwin E. Adler, Adler Law Group, of Los Angeles, CA, argued for plaintiff-appellant.

J. Donald Best, Michael Best & Friedrich LLP, of Madison, WI, argued for defendant-appellee. With him on the brief were Richard H. Marschall, S. Edward Sarskas, and Melanie J. Reichenberger, of Milwaukee, WI.

PROST, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**